JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE ELIAS SANDOVAL, | ) | CASE NO. SA CV 10-1932-JFW (PJW) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| B.M. CASH, WARDEN, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: <u>March 30, 2012.</u>

/s/ John F. Walter
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Judgment.wpd