JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JOSE ELIAS SANDOVAL,                    )     CASE NO. SA CV 10-1932-JFW (PJW)
                                        )
              Petitioner,               )
                                        )     J U D G M E N T
         v.                             )
                                        )
B.M. CASH, WARDEN,                      )
                                        )
              Respondent.               )
_____        )

       Pursuant to the Order Accepting Findings, Conclusions, and
Recommendations of United States Magistrate Judge,

       IT IS ADJUDGED that the Petition is denied and this action is
dismissed with prejudice.

       DATED:   March 30, 2012.



                                   _____
                                   JOHN F. WALTER
                                   UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Judgment.wpd